# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2015

150832

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re McCONNELL/TRUE, Minors.

SC: 150832
COA: 321878
St. Clair CC Family Division:
14-000039-NA

_____/

On order of the Court, the application for leave to appeal the December 18, 2014 judgment of the Court of Appeals is considered. We DIRECT respondent Department of Human Services to answer the application for leave to appeal within 28 days of the date of this order. We further invite the children's lawyer-guardian ad litem, Samantha A. Lord, to answer the application for leave to appeal within the same time period.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2015



Clerk

p0318